Samuel **GARCIA–AGUILAR, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71936.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 22, 2011.

Marc Karlin, Karlin & Karlin, Apc, Los Angeles, CA, for Petitioner.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Remi Adalemo, OIL, John Clifford Cunningham, I, Esquire, Senior Litigation Counsel, DOJ–

U.S. Department of Justice, Washington, DC, for Respondent.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Samuel Garcia–Aguilar, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review Garcia–Aguilar's collateral challenge to his 1997 expedited removal order. *See* 8 U.S.C. § 1252(a)(2)(A)(1), (e)(2) (this Court lacks jurisdiction to review expedited removal orders unless challenged in habeas corpus proceedings); *see also Avendano–Ramirez v. Ashcroft,* 365 F.3d 813, 818–19 (9th Cir. 2004) (habeas corpus review of expedited removal orders narrowly limited).

**PETITION FOR REVIEW DISMISSED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.